# United States District Court
## Southern District of Georgia

**FILED**
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAR -9 PM 12: 13
CLERK
SO. DIST. OF GA.

Muns Welding and Mechanical, Inc.
_____
Plaintiff

Case No. 1:15-CV-00017-JRH-BKE

v.

The Plumbers and Steamfitters Local No. 150 Pension Fund
_____
Defendant

Appearing on behalf of
Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of March, 2015.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:** Eric J. Taylor

**Business Address:** Parker, Hudson, Rainer & Dobbs, LLP
Firm/Business Name

1500 Marquis Two Tower, 285 Peachtree Ctr. Ave., NE
Street Address

Atlanta     GA     30303
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

404-420-5526            699966
Telephone Number (w/ area code)    Georgia Bar Number

**Email Address:** ejt@phrd.com